```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 36124
   PATRICIA ANN HALE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-3994


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/08/2005 and was confirmed 10/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~   SECURED NOT I         .00           .00          .00
HSBC AUTO FINANCE        SECURED           5867.00        646.02      3482.75
HSBC AUTO FINANCE        UNSECURED         4859.09           .00          .00
HSBC AUTO FINANCE        MORTGAGE ARRE      948.00        112.28       559.05
J&A MANAGEMENT           UNSECURED       NOT FILED           .00          .00
ECAST SETTLEMENT CORP    UNSECURED          780.68           .00          .00
RESURGENT CAPITAL SERVIC UNSECURED          2303.39          .00          .00
SST CARD SERVICE         UNSECURED       NOT FILED           .00          .00
NATIONWIDE ACCEPTANCE~   UNSECURED          1065.80          .00          .00
LEGAL HELPERS PC         DEBTOR ATTY      2,000.00                    2,000.00
TOM VAUGHN               TRUSTEE                                        399.90
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             7,200.00

PRIORITY                                       .00
SECURED                                    4,041.80
    INTEREST                                 758.30
UNSECURED                                      .00
ADMINISTRATIVE                             2,000.00
TRUSTEE COMPENSATION                         399.90
DEBTOR REFUND                                  .00
                   ---------------      ---------------
TOTALS              7,200.00              7,200.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 36124 PATRICIA ANN HALE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |